

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

|   |   |
|---|---|
| v | Case No.<br>Judge |

### Notice of Exhibit Disposal

**The following document(s) are eligible for removal pursuant to Local Rule 79.1:**

**Document(s):**

We are located at 219 S. Dearborn, 20th Floor. Our hours are 8:30a.m. - 4:30 p.m. weekdays. If someone other than named counsel of record will be picking up the exhibits, a written authorization is required for our records. A photo id will be required at the time of removal. If you have any questions, please contact our Files Department at 312-435-5863.

LR79.1. Records of the Court

**(c) Removal of Exhibits.** Exhibits deposited with the clerk shall be removed by the party responsible for them—

    1. (1) 90 days after a final decision is rendered if no appeal is taken from that decision, or

    (2) where an appeal is taken, within 30 days after the mandate of the reviewing court is filed.

A party failing to comply with this rule shall be notified by the clerk to remove the exhibits. If a party fails to remove the exhibits within 30 days following such notice, the material shall be sold by the marshal at public or private sale or disposed of as the court directs. The net proceeds of the sale shall be paid into the registry of the court.

**(d) Withdrawal of Records.** Pleadings and records filed and exhibits deposited with the clerk shall not be withdrawn from the custody of the court except as provided by these rules or upon order of court. Parties withdrawing their exhibits from the court's custody and persons withdrawing items pursuant to an order of court shall give the clerk a signed receipt identifying the material taken, which receipt shall be filed.